UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Rickie Hill, | Case No. 2:20-cv-01686-JAD-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| Matos, et al., | |
| Defendants. | |

Plaintiff Rickie Hill has filed a motion "accepting global settlement offer/conference." (ECF No. 9). Plaintiff—NDOC Inmate # 87052—is a frequent litigator in this Court. In the instant motion, Plaintiff asserts that during a mediation, the Honorable Magistrate Judge Valerie Cooke offered the option of a global settlement session, which offer Plaintiff now wishes to accept. (ECF No. 9). Defendants respond that there was a discussion about a global settlement conference, but that neither party agreed to participate. (ECF No. 11 at 1). Defendants explain that settlement conferences in Plaintiff's many cases have thus far been unsuccessful and, while they would potentially participate in a global settlement conference in the future, the Court should not order one at this time. (*Id.* at 2).

The Court agrees with Defendants and thus denies Plaintiff's motion. The Court notes that Plaintiff has attended multiple inmate mediations in civil rights cases which have been unsuccessful. (*See, e.g.*, 3:20-cv-00495-MMD-WGC). Judges in this district have vacated mediations—including one in this matter—considering this. (*See, e.g.*, 2:20-cv-01822-RFB-VCF). The parties are free to privately discuss settlement if they so choose but are not required to do so. The Court thus denies Plaintiff's request for a global settlement conference here. The Court finds these matters properly resolved without a hearing. LR 78-1.

1  **IT IS THEREFORE ORDERED** that Plaintiff's motion for a global settlement
2  conference (ECF No. 9) is **denied without prejudice**.

4  DATED: December 10, 2021

  _____
  DANIEL J. ALBREGTS
  UNITED STATES MAGISTRATE JUDGE