# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IN RE RICKIE HILL CASES

2:20-cv-00684-APG-NJK
2:20-cv-01569-RFB-NJK
2:20-cv-01608-KJD-EJY
2:20-cv-01655-KJD-DJA
2:20-cv-01686-JAD-DJA
2:20-cv-01687-RFB-EJY
2:20-cv-01717-JAD-DJA
2:20-cv-01807-GMN-DJA
2:20-cv-01822-RFB-VCF
2:20-cv-01868-JAD-VCF
2:20-cv-02361-JAD-DJA
2:21-cv-00145-GMN-DJA
2:21-cv-00240-RFB-DJA
2:21-cv-00997-RFB-DJA
2:21-cv-01002-GMN-DJA
2:21-cv-01020-GMN-NJK
2:21-cv-01027-GMN-NJK
2:21-cv-01061-RFB-DJA
2:21-cv-01103-GMN-DJA
2:21-cv-01361-APG-DJA
2:21-cv-01362-APG-VCF
2:21-cv-01371-APG-EJY
2:21-cv-01375-GMN-VCF
2:21-cv-01516-APG-DJA
2:21-cv-01677-APG-BNW
2:21-cv-01679-JAD-DJA
2:21-cv-01698-APG-BNW
2:21-cv-01700-RFB-BNW
2:21-cv-01741-JAD-EJY
2:21-cv-01760-JAD-EJY
2:21-cv-01821-GMN-NJK
2:21-cv-01878-GMN-NJK
2:21-cv-01888-GMN-NJK
2:21-cv-01922-RFB-DJA
2:21-cv-01924-APG-VCF
3:20-cv-00495-MMD-CSD
3:20-cv-00548-RFB-CSD

**ORDER SETTING GLOBAL
SETTLEMENT CONFERENCE**

**ORDER SETTING GLOBAL SETTLEMENT CONFERENCE**

Pro se plaintiff and High Desert State Prison inmate Rickie Hill has 37 prisoner-litigation civil-rights matters pending in this court as identified in the caption and further described in Exhibit A ("the Hill cases").  A brief review of these actions reveals that all of the Hill cases generally fall into two categories: (1) alleged improper sexual conduct by Nevada Department of Corrections (NDOC) staff and (2) miscellaneous other civil-rights violations by NDOC staff.  In several of these matters, Hill has filed a request for a global settlement conference on all of his pending cases.[1]  The Nevada Attorney General's Office, which represents NDOC defendants, has indicated that it opposes a piecemeal settlement-conference process on the Hill cases but would be amenable to a global one.[2]

The judges assigned to the Hill cases find that a global settlement conference is appropriate for these 37 cases and will be an efficient use of the court's limited resources.  The court also finds that the appointment of Travis Barrick, Esq. as counsel for Hill for the limited purpose of serving as his counsel for this global settlement conference and any tasks specifically related to or arising out of that conference will serve the interests of justice and is warranted.

Accordingly,

- **A global settlement conference will be held on the Hill cases** at a time and date to later be set by the settlement judge in a subsequent order, and **the court appoints Retired Magistrate Judge Valerie Cooke as the settlement judge** for this limited proceeding and all matters related to it.  The settlement judge may provide further instruction for this conference.

---

[1] *See, e.g.*, 2:20-cv-00684-APG-NJK at ECF No. 26, and 2:20-cv-01822-RFB-VCF at ECF No. 15.

[2] *See, e.g.*, 2:20-cv-01717-JAD-DJA at ECF No. 7, and 2:20-cv-01807-GMN-DJA at ECF No. 7.

- The Honorable Retired Magistrate Judge Valerie Cooke is authorized by the Court to do the following:
  - o <u>Conduct telephonic conferences</u> at any time prior to the date set for the global settlement.  The settlement judge may contact the parties to arrange an informal telephone conference to discuss any issues concerning the mediation.  The telephonic conference is confidential and will not be recorded or reported on the record.  Communications made during or in furtherance of this settlement conference are generally not admissible.  *See* Fed. R. Evid. 408.  No transcript of the telephonic conference will be prepared.
  - o <u>Request additional information and documents</u> concerning the case at any time prior to or during the settlement conference.
- A separate order scheduling the settlement conference will be forthcoming.  It  will include the time, date, and specific location of the settlement conference.  That order will also address settlement conference briefs and the deadlines by which parties must submit their briefs.  The settlement conference will be conducted in person and will be held at the Lloyd D. George Federal Courthouse in Las Vegas, Nevada.
- Counsel representing any defendant who has appeared in any of the Hill cases must be present at the settlement conference, along with (1) the Director of the NDOC and (2) any other necessary representative of the NDOC or the State of Nevada who has binding authority to enter into a binding global settlement agreement with respect to all the Hill cases.

3

- Plaintiff Rickie Hill is ORDERED to be present in person for the global settlement conference, and the NDOC must make all transportation and travel arrangements necessary to ensure his presence for the global settlement conference.

- All parties, representatives, and counsel must be present for the full duration of the global settlement conference and must be available for the entire day.

- **Travis Barrick, Esq. is appointed as counsel for Hill** for the limited purpose of serving as his counsel for this global settlement conference and any tasks specifically related to or arising out of that conference.

- **All of the Hill cases ARE STAYED** for all purposes pending the completion of the global settlement conference and any deadlines in these cases are tolled. No documents may be filed in any of the Hill cases during this stay, save for any necessary emergency motions for injunctive relief.

- **These pending motions are DENIED** as moot:

  - 2:20-cv-01717-JAD-DJA, ECF No. 7 (Motion for Relief from Early Neutral Evaluation);

  - 2:20-cv-01807-GMN-DJA, ECF No. 7 (Motion for Relief from Early Neutral Evaluation);

  - 2:20-cv-01822-RFB-VCF, ECF No. 15 (Motion for Global Settlement Conference).

…

- Additionally, **the following motions are DENIED without prejudice** to their refiling in the event that the global settlement conference does not result in settlement:

  - Motions to acquire proof of service and for appointment of counsel **[ECF Nos. 10, 11] in 2:20-cv-1608-KJD-EJY**;

  - Motion for summary judgment **[ECF No. 18] in 2:20-cv-1686-JAD-DJA**;

  - Motions for summary judgment, to strike, for extension of time and to appoint counsel, for a meet-and-confer conference, and for leave to file excess pages **[ECF Nos. 17, 18, 20, 22, 24] in 2:20-cv-1868-JAD-VCF**; and

  - Motions for summary judgment and meet-and-confer conference **[ECF Nos. 11, 13] in 2:21-cv-1027-GMN-NJK.**

**IT IS SO ORDERED** this 2nd day of March, 2022.

_____
U.S. District Judge Richard F. Boulware

_____
U.S. District Judge Kent J. Dawson

_____
U.S. District Judge Jennifer A. Dorsey

_____
U.S. District Judge Miranda M. Du

_____
U.S. District Judge Andrew P. Gordon

_____
U.S. District Judge Gloria M. Navarro

**The Hill Cases**

| Case Number | Defendants | Attorney General Served? |
|---|---|---|
| 2:20-cv-00684-APG-NJK | Douglas R. Rands; Aaron Ford | Yes |
| 2:20-cv-01569-RFB-NJK | Ruiz; Leong; C. Shepard | No |
| 2:20-cv-01608-KJD-EJY | Brandon Marcano; Ruiz | Yes |
| 2:20-cv-01655-KJD-DJA | Harper | Yes |
| 2:20-cv-01686-JAD-DJA | Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen | Yes |
| 2:20-cv-01687-RFB-EJY | Spry; Calvin Johnson; E.A. Thompson; | No |
| 2:20-cv-01717-JAD-DJA | Marciano; Wuest | Yes |
| 2:20-cv-01807-GMN-DJA | C. Carmona; Jesus Ruiz | Yes |
| 2:20-cv-01822-RFB-VCF | Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson | Yes |
| 2:20-cv-01868-JAD-VCF | Daniel Rhude; Jesus Ruiz | Yes |
| 2:20-cv-02361-JAD-DJA | D. Rodriguez, Jr. | Yes |
| 2:21-cv-00145-GMN-DJA | Juan Lima/Alan Lima | Yes |
| 2:21-cv-00240-RFB-DJA | D. Striplin; Allen; Frank Lopez | No |
| 2:21-cv-00997-RFB-DJA | Jackson; Nakatani | No |
| 2:21-cv-01002-GMN-DJA | Concepcion Rojastro | Yes |
| 2:21-cv-01020-GMN-NJK | Amirkhani | No |
| 2:21-cv-01027-GMN-NJK | Jarret Vandine | Yes |
| 2:21-cv-01061-RFB-DJA | William Gittere | No |
| 2:21-cv-01103-GMN-DJA | Tasheena Sandoval | No |
| 2:21-cv-01361-APG-DJA | Lundgren | Yes |
| 2:21-cv-01362-APG-VCF | T. Struck; J. Ruiz ; E. Thompson | No |
| 2:21-cv-01371-APG-EJY | J. Pope; Carter; R. Lopez; Valdez | Yes |
| 2:21-cv-01375-GMN-VCF | Keith McKeehan | No |
| 2:21-cv-01516-APG-DJA | Hernandez; A. Flores; Ronald Oliver | No |
| 2:21-cv-01677-APG-BNW | Array; Matos; A. Kaura | Yes |
| 2:21-cv-01679-JAD-DJA | Nichols; Prevost; Collins | No |
| 2:21-cv-01698-APG-BNW | Pryten | No |
| 2:21-cv-01700-RFB-BNW | R. Meyers; T. Johnson | No |
| 2:21-cv-01741-JAD-EJY | Deborah Striplin; Marilyn Villatoro; B. Yeats | No |
| 2:21-cv-01760-JAD-EJY | Michael Stewart; G. Santos; Avila | Yes |
| 2:21-cv-01821-GMN-NJK | Brooks | No |
| 2:21-cv-01878-GMN-NJK | Des Williams | Yes |
| 2:21-cv-01888-GMN-NJK | Whittaker | No |
| 2:21-cv-01922-RFB-DJA | Hernandez; A. Flores; Ronald Oliver | Yes |
| 2:21-cv-01924-APG-VCF | T. Johnson; R. Meyers; Morenago | Yes |
| 3:20-cv-00495-MMD-CSD | Jason Rutledge | Yes |
| 3:20-cv-00548-RFB-CSD | Roop; Oliver; Jesus Ruiz | No |