UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rickie Hill,<br><br>　　　Plaintiff<br><br>v.<br><br>A. Deyro et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-01686-JAD-DJA<br><br>**Order Dismissing Claims against A. Deyro**<br><br>[ECF No. 20] |

Plaintiff Rickie Hill moves to voluntarily dismiss[1] his claims against Alexander Deyro, sued as "A. Deyro." No proof of service on Deyro has been filed. Good cause appearing, the motion **[ECF No. 20] is GRANTED and the claims against Defendant A. Deyro are DISMISSED.** The Clerk of Court is directed to terminate A. Deyro as a defendant in this case.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　March 23, 2022

---

[1] ECF No. 20.